**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 07, 2007

Mr. Keith D. Nelson
U.S. PENITENTIARY
USP Terre Haute Inmate Mail
P.O. Box 12015
Terre Haute, IN 47801-0000

RE: 07-3071 Keith Nelson v. United States

Dear Mr. Nelson:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

llb
Enclosure(s)
cc: Mr. Gary E. Brotherton I (INFORMATION ONLY)
Ms. Patricia L. Brune
Ms. Sheryle L. Jeans
Mr. David A. Ruhnke (INFORMATION ONLY)
Mr. Matt Jeffrey Whitworth
District Court/Agency Case Number(s): 4:04-cv-08005-FJG

**Caption For Case Number: 07-3071**

**Keith D. Nelson,**

**Movant - Appellant**

**v.**

**United States,**

**Respondent - Appellee**

**Addresses For Case Participants: 07-3071**

Mr. Keith D. Nelson
U.S. PENITENTIARY
USP Terre Haute Inmate Mail
P.O. Box 12015
Terre Haute, IN 47801-0000

Mr. Gary E. Brotherton I (INFORMATION ONLY)
LEGAL WRITES
2101 Chapel Plaza Court
Suite 13
Columbia, MO 65203

Ms. Patricia L. Brune
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
222 N. John Q. Hammons Parkway
Suite 1400
Springfield, MO 65806-0000

Ms. Sheryle L. Jeans
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO 64106-2149

Mr. David A. Ruhnke (INFORMATION ONLY)
RUHNKE & BARRETT
47 Park Street
Montclair, NJ 07042-0000

Mr. Matt Jeffrey Whitworth
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO 64106-2149