**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT

**ACCESS DISTRICT COURT DOCKET SHEET**

Appeal No. 07-3071 Keith Nelson v. United States

Date: September 07, 2007

A link to the District Court's docket sheet is provided here for your convenience. You must have a PACER account to access the docket sheet.

Click the link to the right to view docket sheet: VIEW DOCKET