RUHNKE & BARRETT
ATTORNEYS AT LAW

DAVID A. RUHNKE
MEMBER N.J. AND NEW YORK BARS
davidruhnke@ruhnkeandbarrett.com
JEAN DeSALES BARRETT
MEMBER N.J., NEW YORK AND COLORADO BARS
jeanbarrett@ruhnkeandbarrett.com

47 PARK STREET
MONTCLAIR, NEW JERSEY 07042
(973) 744-1000
FAX: (973) 746-1490

September 11, 2007

Via fax – (314)244-2780
Michael E. Gans, Clerk of Court
United States Court of Appeals
for the Eighth Circuit
Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *Keith Nelson v. United States*,
07-3071

Dear Mr. Gans:

Thank you for spending time with me on the phone this morning regarding the proper way to proceed in this matter. This is an appeal from the denial of a 2255 motion in the Western District of Missouri. Mr. Nelson is under a sentence of death. In the district court, Mr. Nelson was represented, pursuant to court appointments, by myself and co-counsel Gary E. Brotherton of Columbus, Missouri. On September 4, the district court issued an order denying the issuance of a certificate of appealability ("COA") and it is our intention, on Mr. Nelson's behalf, to file a motion requesting the issuance of a COA with this Court. We request 90 days in which to bring the motion. Please note that I have discussed this request with A.U.S.A. J. Matt Whitworth of the Western District of Missouri who has represented the United States throughout these proceedings. The government does not oppose the request for 90 days.

One of the difficulties this case may present for appellate review is that the district court did not explain its reasoning in denying the motion for 2255 relief. Moreover, despite a concession from the government that a hearing, or at least affidavits from counsel, was required with regard to Mr. Nelson's claims of ineffective assistance of counsel, the district court concluded that no hearing or further expansion of the record was appropriate. Thus counsel are not now in a position to challenge in any meaningful way the reasoning of the district court but, instead, are in a position of having to explain the case *in toto* in the context of a COA application.

U.S. COURT OF APPEALS
REC'D. FAX
SEP 1 2007
09/11/2007 12:16PM

RUHNKE & BARRETT
ATTORNEYS AT LAW



On a separate issue, I know that my co-counsel, Mr. Brotherton, is under a tight deadline (along with my partner, Jean D. Barrett) to complete and file the Appellant's opening brief in *United States v. Dustin Honken*, No. 05-3871. Additionally, I am scheduled, pursuant to a CJA appointment, to begin a non-capital murder trial in the Southern District of New York on September 24, 2007. That case is scheduled to last from four to six weeks.

Under all the circumstances, 90 days seems a reasonable time to allow for the filing of a COA application in this matter. As noted, the United States does not oppose the request. Absent extraordinary and unanticipated circumstances, I do not foresee seeking an extension of that deadline.

Your attention to this matter is appreciated.

Very truly yours,

David A. Ruhnke

C:\Case Files\Nelson\CA8\Clerk of court re COA date 09-11-2007.wpd

cc: Matt J. Whitworth, A.U.S.A. (via e-mail)
Gary E. Brotherton (via e-mail)
Keith Nelson