**PLEASE RETURN FOR FILING**

# IMMEDIATELY

**APPEARANCE**

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**NO.** 07-3071

KEITH D. NELSON (Movant-Appellant)

**vs.**

UNITED STATES OF AMERICA (Respondent-Appellee)

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Respondent-Appellee


**s/** Matt J. Whitworth
**ATTORNEY NAME**

Matt J. Whitworth
**FIRM NAME**

Office of the United States Attorneys
**STREET or P.O. BOX**

400 E. 9th Street, Rm 5510
**CITY, STATE, ZIP**

816-426-3122
**OFFICE PHONE NUMBER**

816-426-4210
**FACSIMILE NUMBER**

Matt.Whitworth@usdoj.gov
**E-MAIL ADDRESS**


## CERTIFICATE OF SERVICE

☑ I hereby certify that on 09/11/2007, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Keith D. Nelson, U.S. PENITENTIARY, P.O. Box 12015, Terre Haute, IN 47801

.

s/______________________________