**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-3071**

**Keith D. Nelson,**

**Appellant**

**v.**

**United States,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(4:04-cv-08005-FJG)

---

**ORDER**

Granting in part motion for extension of time to file application for certificate of appealability filed by appellant. Application for certificate of appealability is to be filed on or before October 23, 2007.

September 13, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________
/s/ Michael E. Gans