RUHNKE & BARRETT

ATTORNEYS AT LAW

DAVID A. RUHNKE
MEMBER N.J. AND NEW YORK BARS
davidruhnke@ruhnkeandbarrett.com
JEAN DeSALES BARRETT
MEMBER N.J., NEW YORK AND COLORADO BARS
jeanbarrett@ruhnkeandbarrett.com

47 PARK STREET
MONTCLAIR, NEW JERSEY 07042

(973)744-1000
(973)746-1490 (FAX)

October 14, 2007

Via ECF
Michael E. Gans, Clerk of Court
United States Court of Appeals
for the Eighth Circuit
Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

Re: *Keith Nelson v. United States*,
07-3071

Dear Mr. Gans:

I am writing, respectfully, to seek additional time within which to file a motion for a certificate of appealability in this case. At present the motion is due to be filed no later than October 23, 2007. By this letter-motion I seek an extension of time of 21 days to and including November 13, 2007. The United States had previously consented to an extension to and including December 10, 2007 in part because the lead prosecutor on this matter, Assistant United States Attorney Matt Whitworth, is presently engaged in an ongoing federal capital prosecution in the Western District of Missouri.

The reasons for the requested extension are two-fold. First, I am presently engaged, as court-appointed counsel, in a non-capital murder trial in the Southern District of New York. That case, *United States v. Chen*, 03-cr-00734 (DAB), will resume on Thursday, October 18 and will likely go to the jury, after summations and charge, on October 22, the day before the present deadline for the COA application on Mr. Nelson's behalf. Juries in the S.D.N.Y. tend to engage in lengthy deliberations so I am not sure when that case will conclude. Between the charge and summations on October 22, they may not start deliberating until October 23.

The second reason has to do with some unusual travel demands. Earlier this afternoon I returned from Portland, Oregon, where I had been since Friday. The purpose of the trip was to keep a longstanding teaching commitment at a death-penalty conference hosted by the Oregon Criminal Defense Lawyers Association. Tomorrow morning I leave for San Juan, Puerto Rico for a status conference, and other case-related business, in a potential federal capital case in the District of Puerto Rico, *United States v. Felix Alberto Castro-Davis*, 07-00186 (JAF). I am also court-appointed counsel in that case, serving as "learned counsel" pursuant to 18 U.S.C. § 3005. The status conference is scheduled for Tuesday, October 16, at 1:30 p.m. (and had been re-scheduled to work around my trial in the Southern District of New York). I return from Puerto Rico Tuesday evening and, as noted, go back to trial in New York City the following day.

While I have made progress on the motion, and worked on it some on the plane today, the current deadline will be very difficult to meet. I am hoping to spend this coming weekend working on my closing argument in the New York City case and have very little additional time where I can complete the motion in *Nelson*. My co-counsel, Gary E. Brotherton, is under deadline pressure in several cases and has not been able to offer his assistance in this case.

The Court's attention to this matter is greatly appreciated.

Very truly yours,

/s/ David A. Ruhnke

David A. Ruhnke

C:\Case Files\Nelson\CA8\Clerk of court re COA date 10-15-2007.wpd

cc: Matt J. Whitworth, A.U.S.A. (via e-mail)
Gary E. Brotherton (via e-mail)
Keith Nelson