# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


October 16, 2007

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ 07042-0000

RE: 07-3071 Keith Nelson v. United States

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

Michael E. Gans
Clerk of Court

llb

Enclosure(s)

cc: Mr. Gary E. Brotherton I
Ms. Sheryle L. Jeans
Mr. Philip M. Koppe
Mr. Keith D. Nelson
Mr. Matt Jeffrey Whitworth

District Court/Agency Case Number(s): 4:04-cv-08005-FJG