**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-3071**

**Keith D. Nelson,**

**Appellant**

**v.**

**United States,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(4:04-cv-08005-FJG)

---

**ORDER**

Motion of appellant for extension of time to file application for certificate of appealability has been considered by the court and is granted in part. Application for certificate of appealability is to be filed on or before November 7, 2007.

October 16, 2007

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________
/s/ Michael E. Gans