# United States Court of Appeals

***For The Eighth Circuit***

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


October 27, 2008

Mr. Keith D. Nelson
U.S. PENITENTIARY
07440-031
P.O. Box 12015
Terre Haute, IN 47801-0000

RE: 07-3071 Keith Nelson v. United States

Dear Mr. Nelson:

The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

DMS

Enclosure(s)

cc: Mr. Gary E. Brotherton I
Ms. Sheryle L. Jeans
Mr. Philip M. Koppe
Mr. David A. Ruhnke
Mr. Matt Jeffrey Whitworth
Ms. Patricia L. Brune

District Court/Agency Case Number(s): 4:04-cv-08005-FJG