**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No: 07-3071

Keith D. Nelson,

Appellant

v.

United States,

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(4:04-cv-08005-FJG)

---

**ORDER**

Appellant's motion for appointment of counsel has been considered by the Court and is granted. Counsel is hereby appointed *nunc pro tunc* to September 7, 2007.

February 25, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans